UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| United States of America § | |
| § | |
| vs. § | NO:  DR:21-CR-00849(1)-AM |
| § | |
| (1) Juan Luis Monge-Chachagua § | |

### ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

### I.  Findings of Fact

I find that the credible testimony and information submitted at the hearing establishes by clear and convincing evidence that there is probable cause to believe that the Defendant committed the offense alleged in the criminal Indictment, violation 8:1324  Conspiracy to Transport Illegal Aliens, for which a sentence of up to Ten years in prison is prescribed.

AUSA Jesse Eshkol   called Agent Gregory De Milio  to testify.  Defendant is a citizen of United States or Legally Admitted Permanent Resident smuggling aliens in the Western District of Texas with a weapon in the drivers door of vehicle where IAs were being transported.

Based on Defendant's conduct with a weapon in the United States, the Court finds by clear and convincing evidence that the Defendant poses a serious danger to the community. Because of the potential sentence if convicted,  the Court concludes that the Defendant poses a serious risk of flight.  Additionally the Court concludes there are no conditions or combination of conditions that will  reasonably assure the appearance of the Defendant as required or to ensure

the safety of the community.

Accordingly, the Court concludes that Defendant be **DETAINED** as there are no conditions or combinations of conditions that would reasonably assure the Defendant's appearance in court and the safety of the community.

## II. Directions Regarding Detention

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of theCourt of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SIGNED on 25th day of June, 2021

_____
VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE